■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FAUST BLASETTI, Appellant.— Motion by appellant to reverse judgment of conviction and for new trial, denied without prejudice to renewal in the event the stenographer, on or before April 30, 1961, shall have failed to furnish appellant a transcript of the trial minutes upon payment therefor at the statutory rate. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (March 20, 1961)

■ PENRHYN ASTON, Respondent, v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD COMPANY, Appellant.— Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Appellant's time to submit to examination extended until 10 days after entry of the order hereon. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ANITA BRECHNER et al., Appellants, v. FOREST HOUSE, INC., et al., Respondents.— Motion by respondents to dismiss appeal granted, and appeal dismissed. Ughetta, Acting, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MORTON BRILLIANT, Appellant, v. FIRST NATIONAL CITY BANK OF NEW YORK, Respondent.— Motion by appellant for reargument of his motion for leave to appeal to this court from an order of the Appellate Term, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ INGRAM S. CARNER, Appellant, v. JOHN CHIANELLO et al., Respondents. — Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ ALFRED T. DAVISON et al., as Executors and Trustees under the Will of C. MILTON FOREMAN, Deceased, Respondents, v. DAVID FRIEDMAN, Appellant. — Motion by appellant for a stay, and for leave to appeal to this court from an order of the Appellate Term, denied. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ LAWRENCE DIETZ, JR., Appellant, v. LUCIE M. DIETZ, Respondent.— Motion by appellant for a stay pending appeal, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ LEONARD E. GOLDITCH, Respondent, v. LEONA FRANCIS, Appellant.— Motion by appellant to amend decision of this court dated February 20, 1961, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ FRANKLIN E. EVERSON, Respondent, v. MAURICE NEWTON, Appellant.— Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Respondent's time to serve an amended complaint is further extended until 20 days after entry of the order hereon. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.